UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                                              Case No. 2:12-cr-08

STEVEN ALLEN BELL,                                        HON. R. ALLAN EDGAR

    Defendant(s).
_____/

ORDER OF DETENTION

    Defendant appeared before the undersigned on March 20, 2012, for an initial appearance and arraignment on a three count indictment alleging violations of 21 U.S.C. § 841(a)(1), Distribution of Controlled Substances and Narcotics. Defendant was informed that the government had filed a motion for detention and that he had a right to a detention hearing. Defense counsel indicated that the defendant reserved the right to request a detention hearing at a later date. Accordingly, the defendant was ordered detained pending further proceedings.

    Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

Dated: March 21, 2012                   /s/ Timothy P. Greeley
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE